IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LEE LOPEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>BUTTE SILVERBOW COUNTY JAIL and ANN SHEA,<br><br>      Defendants. | CV-22-9-BU-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Plaintiff Lee Lopez filed a Complaint alleging constitutional violations. (Docs. 1 and 4.) This Court screened his Complaint pursuant to 28 U.S.C. 1915 and 1915A and determined that it failed to state a claim for federal relief. (Doc. 5.) Lopez was given the opportunity to amend, if he could do so, by March 25, 2022. He has failed to file an amended Complaint.

    Therefore, the Court enters the following:

### RECOMMENDATIONS

    1.    For the reasons explained in this Court's order of March 4, 2022, the Court should dismiss Plaintiff's Complaint for failure to state a claim.

    2.    The Clerk of Court should be directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    3.    The Clerk of Court should be directed to have the docket reflect that the

Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

4. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Lopez's filing of this action counts as one strike against him.

5. At all times during the pendency of this action, Lopez must immediately advise the Court of any change of address and its effective date.  Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

## NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Lopez may object to the Findings and Recommendations within 14 days.  *See* 28 U.S.C. § 636(b)(1). Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

DATED this 15th day of April, 2022.

John Johnston
United States Magistrate Judge